FILED: June 28, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1620
(2:21-cv-00169-RCY-LRL)

_____

CARON NAZARIO

       Plaintiff - Appellant

v.

JOE GUTIERREZ, In his Personal Capacity; DANIEL CROCKER, In his Personal Capacity

       Defendants - Appellees

_____

O R D E R

_____

The court denies the petitions for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petitions for rehearing en banc.

Entered at the direction of the panel: Judge King, Judge Thacker, and Judge Rushing.

       For the Court

       /s/ Nwamaka Anowi, Clerk